IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3085 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| FABIAN ANTILLON-ESTRADA, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant's amended motion for temporary release, (filing no. 180), is granted.

2) The defendant shall be temporarily released on December 15, 2011 at 10:30 a.m. During his release, the defendant shall apply for a state-issued Nebraska Identification Card and a social security number, and thereafter promptly return to the Marshal's custody at the Federal Building in Lincoln by no later than 1:00 p.m.

3) Defendant's counsel's assistant, Jessica Worman, will provide the defendant's transportation from and to the Marshal's holding area at the Lincoln federal building, and defendant's transportation to the Department of Motor Vehicles and the Social Security Administration during his release.

4) The defendant's motion for release, (filing no. 179), is denied as moot.

DATED this 14th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge